**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Seawind Development, Corp.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4727372** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **933 Pike Springs Road** <br> **Kimberton, PA 19442** <br> Number, Street, City, State & ZIP Code | **2710 Silverside Road** <br> **Wilmington, DE 19810** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Chester** <br> County | **Location of principal assets, if different from principal place of business** <br> **25  Chemin de l'Aeroport** <br> **Saint-Jean-sur-Richelieu, Quebec, Canada** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Seawind Development, Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_3364_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor    **Seawind Development, Corp.**                                    Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ When _____ | | Case number, if known _____ | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
    Contact name _____
    Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Seawind Development, Corp.** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **Seawind Development, Corp.**
Name

Case number *(if known)*

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6/8/21___
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Terry Silva as Executrix of the Estate of Richard F. Silva**
Printed name

Title    **President**

**18. Signature of attorney**

X    **/s/ Daniel K. Astin**
Signature of attorney for debtor

Date    06/08/2021
MM / DD / YYYY

**Daniel K. Astin DE - 4068**
Printed name

**Ciardi Ciardi & Astin**
Firm name

**1204 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-658-1100**    Email address    **dastin@ciardilaw.com**

**DE - 4068 DE**
Bar number and State

# UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS
## SEAWIND DEVELOPMENT CORP.
### IN LIEU OF A MEETING

June 7, 2021

Effective as of the date set forth above, the undersigned, being the sole member of the board of director ("Board") of Seawind Development Corp. ("Company"), hereby consent to the following actions and adopt the following resolutions by unanimous written consent in lieu of a meeting as if such resolutions had been adopted at a duly convened meeting of the Board:

> WHEREAS, the Board has considered the Company's liquidty position, the reasons therefor and available strategic alternatives; and
>
> WHEREAS, the Board has had the opportunity to consult with management and outside advisors to fully consider available strategic alternatives.
>
> NOW, THEREFORE, the Board consents to the adoption of the following actions and resolutions:
>
> RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company and its stakeholders to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in a court of proper jurisdiction, and to elect treatment under Subchapter V; and it is further
>
> RESOLVED, that Terry Silva as Executrix of the Estate of Richard F. Silva ("Silva"), the Company's President be, and each hereby is, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, notices and other documents as may be required or contemplated by the Bankruptcy Code, Rules and Chapter 11 Operating Guidelines, and to take all action he deems necessary or proper to obtain relief under the Bankruptcy Code, and it is further
>
> RESOLVED, that the Board hereby authorizes the Company to seek to employ Ciardi Ciardi & Astin as counsel, and such other professionals as Silva deems appropriate, in the Chapter 11 Case.

This Unanimous Written Consent may be executed by electronic means, and such execution shall be considered valid, binding and effective for all purposes.

The Unanimous Written Consent may be executed in counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned has executed this Unanimous Written Consent as of the date set forth above.

SEAWIND DEVELOPMENT, CORP. BOARD OF DIRECTORS

By: _____

Terry Silva as Executrix of the Estate
of Richard F. Silva

**2018**

**INCOME TAX RETURN**

**FOR**

**SEAWIND DEVELOPMENT CORP.**
**P.O. BOX 1041**
**KIMBERTON, PA 19442**

**PREPARED BY**

**ANTHONY J. MASCHERINO, CPA**
**341 E. LANCASTER AVENUE**
**DOWNINGTOWN, PA 19335**
**Phone: (610) 269-6833**
**Fax: (610) 269-7983**
**E-mail: anthony@ajmascherinocpa.com**

# ANTHONY J. MASCHERINO
CERTIFIED PUBLIC ACCOUNTANT

341 East Lancaster Avenue
Downingtown, PA 19335

Phone: (610) 269-6833
Fax: (610) 269-7983
Email: anthony@ajmascherinocpa.com

## PRIVACY POLICY

CPAs, like all providers of personal financial services, are now required by law to inform their clients of their policies regarding privacy of client information. CPAs have been and continue to be bound by professional standards of confidentiality that are even more stringent than those required by law. Therefore, we have always protected your right to privacy.

## TYPES OF NONPUBLIC PERSONAL INFORMATION WE COLLECT

We collect nonpublic personal information about you that is either provided to us by you or obtained by us with your authorization.

## PARTIES TO WHOM WE DISCLOSE INFORMATION

For current and former clients, we do not disclose any nonpublic personal information obtained in the course of our practice except as required or permitted by law. Permitted disclosures include, for instance, providing information to our employees and, in limited situations, to unrelated third parties who need to know that information to assist us in providing services to you. In all such situations, we stress the confidential nature of information being shared. In order for us to disclose personal information to third parties, your authorization to us must be in writing.

## PROTECTING THE CONFIDENTIALITY AND SECURITY OF CURRENT AND FORMER CLIENTS' INFORMATION

We retain records relating to professional services that we provide so that we are better able to assist you with your professional needs and, in some cases, to comply with professional guidelines. In order to guard your nonpublic personal information, we maintain physical, electronic, and procedural safeguards that comply with our professional standards.

**********************************

Please call if you have any questions, because your privacy, our professional ethics, and the ability to provide you with quality financial services, are very important to us.

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation.
▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2018**

For calendar year 2018 or tax year beginning _____ , ending _____

| | | | |
|---|---|---|---|
| **A** S election effective date<br>4/21/2009 | **TYPE**<br>**OR**<br>**PRINT** | Name<br>SEAWIND DEVELOPMENT CORP. | **D** Employer identification number<br>26-4727372 |
| **B** Business activity code<br>number (see instructions)<br>541700 | | Number, street, and room or suite no. If a P.O. box, see instructions.<br>P.O. BOX 1041 | **E** Date incorporated<br>4/21/2009 |
| | | City or town        State        ZIP code<br>KIMBERTON        PA        19442 | **F** Total assets (see instructions) |
| **C** Check if Sch. M-3 attached ☐ | | Foreign country name    Foreign province/state/county    Foreign postal code | $        1,974,730 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

Caution: Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**Income**

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 0 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 0 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 ▶ | 6 | 0 |

**Deductions** (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions — attach Form 1125-E) | 7 | |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | |
| 12 | Taxes and licenses | 12 | |
| 13 | Interest (see instructions) | 13 | 73,005 |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement) | 19 | 1,947 |
| 20 | **Total deductions.** Add lines 7 through 19 ▶ | 20 | 74,952 |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | -74,952 |

**Tax and Payments**

| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | 0 |
| 23a | 2018 estimated tax payments and 2017 overpayment credited to 2018 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Refundable credit from Form 8827, line 8c | 23d | |
| e | Add lines 23a through 23d | 23e | 0 |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | 25 | 0 |
| 26 | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | 26 | 0 |
| 27 | Enter amount from line 26: Credited to 2019 estimated tax ▶ _____ Refunded ▶ | 27 | 0 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title _____

May the IRS discuss this return
with the preparer shown below
(see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name<br>ANTHONY J MASCHERINO | Preparer's signature | Date<br>9/3/2019 | Check ☐ if<br>self-employed | PTIN<br>P00507588 |
| Firm's name ▶ ANTHONY J. MASCHERINO, CPA | | | Firm's EIN ▶ 23-2378643 | |
| Firm's address ▶ 341 E. LANCASTER AVE. | | | Phone no. (610) 269-6833 | |
| City DOWNINGTOWN | State PA | ZIP code 19335 | | |

For Paperwork Reduction Act Notice, see separate instructions.

HTA

Form **1120S** (2018)

Form 1120S (2018)    SEAWIND DEVELOPMENT CORP.    26-4727372    Page **2**

## Schedule B — Other Information (see instructions)

|  |  |  | Yes | No |
|---|---|---|---|---|
| **1** | Check accounting method: **a** ☐ Cash **b** ☒ Accrual | | | |
|  | **c** ☐ Other (specify) ▶ ........................................... | | | |
| **2** | See the instructions and enter the: | | | |
|  | **a** Business activity ▶ AIRCRAFT R&D   **b** Product or service ▶ RESEARCH & DEVELOPMENT | | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | | X |
| **4** | At the end of the tax year, did the corporation: | | | |
|  | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  |  | Yes | No |
|---|---|---|---|---|
|  | **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  |  | Yes | No |
|---|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | | X |
|  | If "Yes," complete lines (i) and (ii) below. | | | |
|  | **(i)** Total shares of restricted stock ▶ ........................... | | | |
|  | **(ii)** Total shares of non-restricted stock ▶ ........................... | | | |
|  | **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | | X |
|  | If "Yes," complete lines (i) and (ii) below. | | | |
|  | **(i)** Total shares of stock outstanding at the end of the tax year ▶ ........................... | | | |
|  | **(ii)** Total shares of stock outstanding if all instruments were executed ▶ ........................... | | | |
| **6** | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ | | | |
|  | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | | |
| **8** | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ▶ $ ........................... | | | |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | | X |
| **10** | Does the corporation satisfy one of the following conditions and the corporation doesn't own a pass-through entity with current year, or prior year carryover, excess business interest expense? See instructions | | X | |
|  | **a** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year don't exceed $25 million, and the corporation isn't a tax shelter; or | | | |
|  | **b** The corporation only has business interest expense from (1) an electing real property trade or business, (2) an electing farming business, or (3) certain utility businesses under section 163(j)(7). | | | |
|  | If "No," complete and attach Form 8990. | | | |
| **11** | Does the corporation satisfy **both** of the following conditions? | | | |
|  | **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000 | | | |
|  | **b** The corporation's total assets at the end of the tax year were less than $250,000 | | | X |
|  | If "Yes," the corporation is not required to complete Schedules L and M-1. | | | |

Form **1120S** (2018)

Form 1120S (2018)     SEAWIND DEVELOPMENT CORP.                                    26-4727372     Page **3**

| | **Schedule B** | **Other Information** (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|---|
| 12 | | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . | | | X |
| | | If "Yes," enter the amount of principal reduction . . . . . . . . . . ▶ $ | | | |
| 13 | | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . | | | X |
| 14a | | Did the corporation make any payments in 2018 that would require it to file Form(s) 1099? . . . . . . . | | | X |
| b | | If "Yes," did the corporation file or will it file required Forms 1099? . . . . . . . . . . . . | | | |
| 15 | | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . | | | X |
| | | If "Yes," enter the amount from Form 8996, line 13 . . . . . . . ▶ $ | | | |

| | **Schedule K** | **Shareholders' Pro Rata Share Items** | | | Total amount |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . . . . . | 1 | | -74,952 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . | 2 | | |
| | 3a | Other gross rental income (loss) . . . . . . . . . | 3a | | |
| | b | Expenses from other rental activities (attach statement) . . . . | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . . . . . | 3c | | 0 |
| | 4 | Interest income . . . . . . . . . . . . . . . . . . . . . | 4 | | 15 |
| | 5 | Dividends: a Ordinary dividends . . . . . . . . . . . . . . | 5a | | |
| | | b Qualified dividends . . . | 5b | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . . . . . | 6 | | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) . . . . . . | 7 | | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) . . . . . . | 8a | | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . . | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . . | 9 | | |
| | 10 | Other income (loss) (see instructions) . . . . . Type ▶ | 10 | | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . . . . . | 11 | | |
| | 12a | Charitable contributions . . . . . . . . . . . . . . . . . | 12a | | |
| | b | Investment interest expense . . . . . . . . . . . . . . . . | 12b | | |
| | c | Section 59(e)(2) expenditures     (1) Type ▶ _____     (2) Amount ▶ | 12c(2) | | |
| | d | Other deductions (see instructions) . . . . . . Type ▶ | 12d | | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . | 13a | | |
| | b | Low-income housing credit (other) . . . . . . . . . . . . . . | 13b | | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | | |
| | d | Other rental real estate credits (see instructions) . Type ▶ | 13d | | |
| | e | Other rental credits (see instructions) . . . . . Type ▶ | 13e | | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . . . | 13f | | |
| | g | Other credits (see instructions) . . . . . . . Type ▶ | 13g | | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ▶ | | | |
| | b | Gross income from all sources . . . . . . . . . . . . . . . | 14b | | |
| | c | Gross income sourced at shareholder level . . . . . . . . . . . | 14c | | |
| | | Foreign gross income sourced at corporate level | | | |
| | d | Section 951A category . . . . . . . . . . . . . . . . | 14d | | |
| | e | Foreign branch category . . . . . . . . . . . . . . . . | 14e | | |
| | f | Passive category . . . . . . . . . . . . . . . . . . | 14f | | |
| | g | General category . . . . . . . . . . . . . . . . . . | 14g | | |
| | h | Other (attach statement) . . . . . . . . . . . . . . . . | 14h | | |
| | | Deductions allocated and apportioned at shareholder level | | | |
| | i | Interest expense . . . . . . . . . . . . . . . . . . | 14i | | |
| | j | Other . . . . . . . . . . . . . . . . . . . . . | 14j | | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | | |
| | k | Section 951A category . . . . . . . . . . . . . . . . | 14k | | |
| | l | Foreign branch category . . . . . . . . . . . . . . . . | 14l | | |
| | m | Passive category . . . . . . . . . . . . . . . . . . | 14m | | |
| | n | General category . . . . . . . . . . . . . . . . . . | 14n | | |
| | o | Other (attach statement) . . . . . . . . . . . . . . . . | 14o | | |
| | | Other information | | | |
| | p | Total foreign taxes (check one):  ▶ ☐ Paid  ☐ Accrued . . . . . . . | 14p | | |
| | q | Reduction in taxes available for credit (attach statement) . . . . . . . . | 14q | | |
| | r | Other foreign tax information (attach statement) | | | |

Form **1120S** (2018)

Form 1120S (2018)    SEAWIND DEVELOPMENT CORP.    26-4727372    Page **4**

## Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | | Total amount |
|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties—gross income | 15d | |
| | e | Oil, gas, and geothermal properties—deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | |
| | d | Distributions (attach statement if required) (see instructions) | 16d | |
| | e | Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a | Investment income | 17a | 15 |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement) | | |
| **Reconciliation** | 18 | **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | -74,937 |

## Schedule L — Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 7,891 | | 1,165 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | 0 | | | 0 |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | 1,978,369 | | 1,973,565 |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | 0 | | | 0 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | 0 | | | 0 |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | 0 | | | 0 |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 1,986,260 | | 1,974,730 |
| **Liabilities and Shareholders' Equity** | | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | 2,790,790 | | 2,823,197 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | 1,320,641 | | 1,351,641 |
| 22 | Capital stock | | 10,000 | | 10,000 |
| 23 | Additional paid-in capital | | 100 | | 100 |
| 24 | Retained earnings | | ( 2,135,271) | | ( 2,210,208) |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 1,986,260 | | 1,974,730 |

Form **1120S** (2018)

Form 1120S (2018)    SEAWIND DEVELOPMENT CORP.                                    26-4727372    Page **5**

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3 (see instructions)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . | -74,937 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) _____ | | a | Tax-exempt interest    $ _____ | | 0 |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | | |
| a | Depreciation  $ _____ | | | Depreciation    $ _____ | | |
| | _____ | | a | _____ | | 0 |
| b | Travel and entertainment    $ _____ | | 7 | Add lines 5 and 6 . . . . . . . . . | | 0 |
| | | 0 | 8 | Income (loss) (Schedule K, line 18). Line | | |
| 4 | Add lines 1 through 3 . . . . . . . . | -74,937 | | 4 less line 7 . . . . . . . . . . . . | | -74,937 |

## Schedule M-2    Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . . | -2,135,271 | | | |
| 2 | Ordinary income from page 1, line 21 . . . . | | | | |
| 3 | Other additions . . . . . . . . . . | 15 | | | |
| 4 | Loss from page 1, line 21 . . . . . . . . | -74,952 | | | |
| 5 | Other reductions . . . . . . . . . | | | | |
| 6 | Combine lines 1 through 5 . . . . . . . | -2,210,208 | 0 | 0 | 0 |
| 7 | Distributions . . . . . . . . . . . | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . | -2,210,208 | 0 | 0 | 0 |

Form **1120S** (2018)

671117

| Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018, or tax year

beginning _____ ending _____

**Shareholder's Share of Income, Deductions,
Credits, etc.** ► **See back of form and separate instructions.**

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| Part | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
26-4727372

**B** Corporation's name, address, city, state, and ZIP code

SEAWIND DEVELOPMENT CORP.
P.O. BOX 1041
KIMBERTON, PA 19442

**C** IRS Center where corporation filed return
e-file

| **Part II** | **Information About the Shareholder** |
|---|---|

**D** Shareholder's identifying number    Shareholder: 1
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

**E** Shareholder's name, address, city, state, and ZIP code

RICHARD SILVA
1450 PIKELAND ROAD
CHESTER SPRINGS, PA 19425

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . . .    100.000000%

For IRS Use Only

| # | Item | Amount | # | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -74,952 | 13 | Credits | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | 15 | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured section 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items | |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis | |
| 12 | Other deductions | | | | |
| | | | 17 | Other information | |
| | | | A | | 15 |

\* See attached statement for additional information.

RICHARD SILVA                                                                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

## K-1 Statement (Sch K-1, Form 1120S)

### Line 17 - Other Information

A  Code A - Investment income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A _____  15

| Form **7004** | **Application for Automatic Extension of Time To File Certain** | |
|---|---|---|
| (Rev. December 2018) | **Business Income Tax, Information, and Other Returns** | OMB No. 1545-0233 |
| Department of the Treasury Internal Revenue Service | ▶ File a separate application for each return. ▶ Go to *www.irs.gov/Form7004* for instructions and the latest information. | |

| Print or Type | Name SEAWIND DEVELOPMENT CORP. | Identifying number 26-4727372 |
|---|---|---|
| | Number, street, and room or suite no. (If P.O. box, see instructions.) P.O. BOX 1041 | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) KIMBERTON, PA 19442 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I   Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1   Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . .  | 25 |

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II   All Filers Must Complete This Part

2   If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

3   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . . ▶ ☐

5a  The application is for calendar year 20 _18_ , or tax year beginning _____ , 20 _____ , and ending _____ , 20 _____

  b **Short tax year.** If this tax year is less than 12 months, check the reason:   ☐ Initial return   ☐ Final return
    ☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions—attach explanation.)

| 6 | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 0 |
|---|---|---|---|
| 7 | **Total** payments and credits. See instructions . . . . . . . . . . . . . . | 7 | 0 |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . . . | 8 | 0 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                              Form **7004** (Rev. 12-2018)

HTA

## Line 19 (1120S) - Other Deductions

| | | | |
|---|---|---|---|
| 1 | Bank charges | 1 | 202 |
| 2 | Legal and professional fees | 2 | 1,745 |
| 3 | Total other deductions | 3 | 1,947 |

## Line 6, Sch L (1120S) - Other Current Assets

| | | | Beginning | | End |
|---|---|---|---|---|---|
| 1 | Loan Receivable - Aero Dev (Can) | 1 | 465,463 | | 465,463 |
| 2 | Loan Receivable - ADC | 2 | 46 | | 46 |
| 3 | Loan Receivable - Sea Air Composites | 3 | 1,447,135 | | 1,447,135 |
| 4 | Seawind LLC | 4 | 65,725 | | 60,921 |
| 5 | Total other current assets | 5 | 1,978,369 | | 1,973,565 |

## Line 21, Sch L (1120S) - Other Liabilities

| | | | Beginning | | End |
|---|---|---|---|---|---|
| 1 | Loan Payable - Others | 1 | 1,320,641 | | 1,351,641 |
| 2 | Total other liabilities | 2 | 1,320,641 | | 1,351,641 |

1806018048

PA-20S/PA-65
(07-18) (Page 1 of 3)

**2018 Pennsylvania**
**PA S Corporation/Partnership Information Return**
ENTER ONE LETTER OR NUMBER IN EACH BOX.

| | |
|---|---|
| Extension Requested | Y |
| Initial Year | N |
| Final Return | N |
| FEIN/Name/Address Change | N |
| Amended Information Return | N |
| Method of Accounting: A=Accrual, C=Cash, O=Other, Describe | A |

Filing Status:    PA-20S    Y    PA-65    N    P-S KOZ    N

264727372   C   1000056061    541700   N   Inactive

SEAWIND DEVELOPMENT CORP

Fiscal Year:    N    Short Year:   N

PO BOX 1041

KIMBERTON        PA    19442

Date activity began in PA    04212009

---

**Part I. Total Taxable Business Income (Loss) from Operations Everywhere**

| | | | |
|---|---|---|---|
| 1a | Taxable Business Income (Loss) from Operations Everywhere | 1a | -74952 |
| 1b | Share of Business Income (Loss) from All Other Entities | 1b | 0 |
| 1c | Total Income (Loss). Add Line 1a and Line 1b | 1c | -74952 |
| 1d | Previously Disallowed CNI Deductions - PA S Corporations only | 1d | 0 |
| 1e | Total Adjusted Business Income (Loss). Subtract Line 1d from Line 1c | 1e | -74952 |

**Part II. Apportioned/Allocated PA - Taxable Business Income (Loss)**

| | | | |
|---|---|---|---|
| 2 | Net Business Income (Loss) | 2a | 0 |
| | (2a = Outside PA)   (2e = PA Source) | 2e | -74952 |
| 2 | Share of Business Income (Loss) from Other Entities | 2b | 0 |
| | (2b = Outside PA)   (2f = PA Source) | 2f | 0 |
| 2 | Previously Disallowed PA Source CNI Deductions - PA S Corporations only | 2c | 0 |
| | (2c = Outside PA)   (2g = PA Source) | 2g | 0 |
| 2 | Calculate Adjusted/Apportioned Net Business Income (Loss) | 2d | 0 |
| | (2d = Outside PA)   (2h = PA Source) | 2h | -74952 |

**Part III. Allocated Other PA PIT Income (Loss)**

| | | | |
|---|---|---|---|
| 3 | Interest Income from PA Schedule A | 3 | 15 |
| 4 | Dividend Income from PA Schedule B | 4 | 0 |
| 5 | Net Gain (Loss) from PA Schedule D | 5a | 0 |
| | (5a = Outside PA) (5b = PA Source) | 5b | 0 |
| 6 | Rent/Royalty Net Income (Loss) from PA Schedule M, Part B | 6a | 0 |
| | (6a = Outside PA) (6b = PA Source) | 6b | 0 |
| 7 | Estates or Trusts Income from PA Schedule J | 7a | 0 |
| | (7a = Outside PA) (7b = PA Source) | 7b | 0 |
| 8 | Gambling and Lottery Winnings (Loss) from PA Schedule T | 8a | 0 |
| | (8a = Outside PA) (8b = PA Source) | 8b | 0 |
| 9 | Total Other PA PIT Income (Loss) | 9 | 15 |

SUBMIT ALL SUPPORTING SCHEDULES





1806018048

EC    OFFICIAL USE ONLY    FC

1806118053

PA-20S/PA-65 - 2018
(07-18) (Page 2 of 3)

264727372   C    SEAWIND DEVELOPMENT CORP

**Part IV. Total PA S Corporation or Partnership Income (Loss)**

| | | | |
|---|---|---|---|
| 10 | Total Income (Loss) per Books and Records | 10 | -74937 |
| 11 | Total Reportable Income (Loss). Add Lines 1e and 9 or Add Lines 2h and 9 | 11 | -74937 |
| 12 | Total Nontaxable/Nonreportable Income (Loss). Subtract Line 11 from Line 10 | 12 | 0 |

**Part V. Pass Through Credits** - See the PA-20S/PA-65 instructions

| | | | |
|---|---|---|---|
| 13a | Total Other Credits. Submit PA-20S/PA-65 Schedule OC | 13a | 0 |
| 13b | Resident Credit | 13b | 0 |
| 14a | PA 2018 Quarterly Tax Withholding/Extension Payments for Nonresident Owners | 14a | 0 |
| 14b | Final Payment of Nonresident Withholding Tax | 14b | 0 |
| 14c | Total PA Income Tax Withheld. Add Lines 14a and 14b | 14c | 0 |

**Part VI. Distributions** - See the PA-20S/PA-65 instructions
        **Partnerships Only**

| | | | |
|---|---|---|---|
| 15 | Distributions of Cash, Marketable Securities, and Property | 15 | 0 |
| 16 | Guaranteed Payments for Capital or Other Services | 16 | 0 |
| 17 | All Other Guaranteed Payments for Services Rendered | 17 | 0 |
| 18 | Guaranteed Payments to Retired Partners | 18 | 0 |

        **Distributions** - See the PA-20S/PA-65 instructions
        **PA S Corporations Only**

| | | | |
|---|---|---|---|
| 19 | Distributions from PA Accumulated Adjustments Account | 19 | 0 |
| 20 | Distributions of Cash, Marketable Securities, and Property | 20 | 0 |

**Part VII. Other Information**-See the PA-20S/PA-65 instructions for each line

| | | | |
|---|---|---|---|
| 1 | During the entity's tax year, did the entity own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under federal regulations Sections 301.7701-2 and 301.7701-3? If yes, submit statement. | 1 | N |
| 2 | Does the entity have any tax-exempt partners/members/shareholders? If yes, submit statement. | 2 | N |
| 3 | Does the entity have any foreign partners/members/shareholders (outside the U.S.)? If yes, submit statement. | 3 | N |
| 4 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partner/member interest during the tax year? (Partnership only) If yes, submit statement. | 4 | N |
| 5 | Has the federal government changed taxable income as originally reported for any prior period? If yes, indicate period on supplemental statement, and submit final IRS determination paperwork. | 5 | N |
| 6 | Does the entity elect to be subject to assessment at the entity level under Act 52 of 2013? | 6 | N |
| 7 | Is this entity involved in a reportable transaction, listed transaction, or registered tax shelter within this return? If yes, submit statement. | 7 | N |
| 8 | Does the entity filing as a partnership have other partnerships as partners? | 8 | N |
| 9 | Has the entity sold any tax credits? If yes, submit statement. | 9 | N |
| 10 | Has the entity changed its method of accounting for federal income tax purposes during this tax year? If yes, submit federal Form 3115. | 10 | N |
| 11 | Has the entity entered into any like-kind exchanges under IRC Section 1031? If yes, submit federal Form 8824. | 11 | N |
| 12 | PA Apportionment as reported on PA-20S/PA-65 Schedule H-Corp | 12 | 0000000 |



1806118053

1806218069

PA-20S/PA-65 - 2018
(07-18) (Page 3 of 3)

264727372   C   SEAWIND DEVELOPMENT CORP

## Part VIII. PA S Corporations Only - Accumulated Adjustments Account (AAA) and Accumulated Earnings and Profits (AE&P)

| | | | AAA | AE&P | |
|---|---|---|---|---|---|
| 1 | Balance at the beginning of the taxable year. | 1 | -2134296 | | 0 |
| 2 | Total reportable income from Part IV, Line 11 | 2 | 0 | N/A | |
| 3 | Other additions. Submit an itemized statement. | 3 | 0 | | 0 |
| 4 | Loss from Part IV, Line 11 | 4 | -74937 | N/A | |
| 5 | Other reductions. Submit an itemized statement. | 5 | 0 | | 0 |
| 6 | Sum of Lines 1 through 5 | 6 | -2209233 | | 0 |
| 7 | Distributions | 7 | 0 | | 0 |
| 8 | Balance at taxable year-end. Subtract Line 7 from Line 6. | 8 | -2209233 | | 0 |

## Part IX. Ownership In Pass Through Entities
If the entity received income (loss) from an S corporation, partnership, estate or trust, limited liability company, qualified subchapter S subsidiary (QSSS) or disregarded entity, list below the FEIN, name and address for each entity. If the income (loss) is from a QSSS, enter "yes" in the QSSS box. If the income (loss) is from a disregarded entity other than a QSSS, enter "yes" in the D box. See Instructions for further details.

| | FEIN | QSSS | D | NAME & ADDRESS |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C | | | | |
| D | | | | |

## Part X. Signature and Verification

Under penalties of perjury, I declare I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. Declaration of paid preparer is based on all information of which preparer has any knowledge.

| Print/Type name of general partner, principal officer or authorized individual | Signature of general partner, principal officer or authorized individual | Date | Daytime Phone no. |
|---|---|---|---|

**Paid Preparer's Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed |
|---|---|---|---|
| ANTHONY J MASCHERINO | | 090319 | |

| Firm's name (or yours if self-employed) | ANTHONY J. MASCHERINO, CPA | Daytime Phone no. |
|---|---|---|
| Firm's address | 341 E. LANCASTER AVE., DOWNINGTOWN, PA 19335 | 6102696833 |

| Preparer's PTIN | Firm's FEIN |
|---|---|
| P00507588 | 232378643 |

E-File Opt Out   N

Page 3 of 3



1806218069

1806218069

# PA SCHEDULE A
## Interest Income

1808610024

**PA-20S/PA-65 A** (PT) 05-18 (I)
**PA Department of Revenue**

**2018**

OFFICIAL USE ONLY

| Name as shown on **PA-20S/PA-65 Information Return** | FEIN |
|---|---|
| SEAWIND DEVELOPMENT CORP. | 264727372 |

See the PA-20S/PA-65 Schedule A instructions and the PA PIT Guide on the department's website.

| # | Description | Line | Amount |
|---|---|---|---|
| 1 | Interest income from federal Schedule K | 1 | 15 |
| 2 | Less business or rental interest income (working capital) - report on PA-20S/PA-65 Schedule M, Part A | 2 | 0 |
| 3 | Adjusted federal interest income – subtract Line 2 from Line 1 | 3 | 15 |
| 4 | Federal-exempt interest income taxable for PA PIT – itemize below | 4 | 0 |
| 5 | Other interest income not included on Line 3 and Line 4 | 5 | |
| 6 | Gross PA interest income – add Lines 3 through 5 | 6 | 15 |
| 7 | PA-exempt interest income included on Line 6 – itemize below | 7 | 0 |
| 8 | **PA-taxable interest income** – subtract Line 7 from Line 6. Enter the result on the PA-20S/PA-65 Information Return, Page 1, Part III, Line 3. | 8 | 15 |

Federal-exempt interest income – list sources and amounts

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

PA-exempt interest income – list sources and amounts

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

1808610024

1808610024

## PA SCHEDULE M
Reconciliation of Federal-Taxable
Income (Loss) to PA-Taxable
Income (Loss)

1807010028

PA-20S/PA-65 M (PT) 05-18 (I)
PA Department of Revenue **2018**

OFFICIAL USE ONLY

| Name as shown on PA-20S/PA-65 Information Return | FEIN | PA Sales Tax License Number |
|---|---|---|
| SEAWIND DEVELOPMENT CORP. | 264727372 | |

### PA Schedule M, Part A. Classifying Federal Income (Loss) for PA Personal Income Tax Purposes

Classify, without adjustment, the federal income (loss) from Schedule K of federal Form 1120S or from Schedule K of federal Form 1065. The entity must allocate or apportion the amounts from the federal categories to the reportable PA PIT classes. The total of the specific federal line items should equal the total of the federal schedule.

| Federal Form | | Classified for Pennsylvania Personal Income Tax purposes | | | | |
|---|---|---|---|---|---|---|
| Form 1120S, Schedule K line description / Form 1065, Schedule K line description | (a) Federal Income (loss) | (b) PA Business Income (loss) | (c) Interest Income PA Schedule A | (d) Dividend Income PA Schedule B | (e) Gain (loss) From Sales PA Schedule D | (f) Rent & Royalty Income (loss) PA Schedule E |
| 1 Ordinary income (loss) from trade or business activities | -74952 | -74952 | | | | |
| 2 Net income (loss) from rental real estate activities | 0 | | | | | 0 |
| 3 Other gross rental income (loss) | 0 | | | | | 0 |
| 4 Interest income | 15 | | 15 | | | |
| 5 Dividends | 0 | | | 0 | | |
| 6 Royalty income | 0 | | | | | 0 |
| 7 Net short-term capital gain (loss) | 0 | | | | 0 | |
| 8 Net long-term capital gain (loss) | 0 | | | | 0 | |
| 9 Net gain (loss) from disposal of IRC Section 179 property | 0 | 0 | | | | |
| 10 Net IRC Section 1231 gain (loss) from Form 4797 | 0 | 0 | | | | |
| 11 Other income (loss) | 0 | 0 | | | | |
| 12 **Total Federal income (loss) by Pennsylvania classification.** Total the amounts in each column. | -74937 | -74952 | 15 | 0 | 0 | 0 |

# PA SCHEDULE M
**Reconciliation of Federal-Taxable Income (Loss) to PA-Taxable Income (Loss)**

1807110026

**PA-20S/PA-65 M** (PT) 05-18 (I)
PA Department of Revenue

**2018**

OFFICIAL USE ONLY

| Name as shown on PA-20S/PA-65 Information Return | FEIN |
|---|---|
| SEAWIND DEVELOPMENT CORP. | 264727372 |

## PA Schedule M, Part B. Determining PA Reportable Income (Loss) by Classification

The entity may need to prepare a PA Schedule M, Part B, if it must make adjustments to properly determine its reportable classified income (loss) for its PA-20S/PA-65 Information Return. This specific list of adjustments applies to income (loss) from a business or farm and rental/royalty income (loss).

**Enter whole dollars only.**

|  |  | | PA Allocated Income (Loss) | | Total Rental Income (Loss) or Total Business Income (Loss) Before Apportionment |
|---|---|---|---|---|---|
| **Section A. Federal Classified Income (Loss).** Income class from Part A, Column: **b** | | | | | |
| Enter the initial of Column (b) or (f) only. | **1** | | | **2** | -74952 |
| **Section B. Itemize income adjustments that increase PA reportable income (reduce the loss).** | | | | | |
| a Deferred income relating to advance payments for goods and services | 1 | | | 2 | |
| b Difference in qualified gain (loss) for each business sale of property | 3 | | | 4 | |
| c Gain from business like-kind exchanges, see PA PIT Guide for instructions | 5 | | | 6 | |
| d Gain (loss) on involuntary conversions – IRC Section 1033 | 7 | | | 8 | |
| e Income from cancellation of debt that PA treats differently from federal rules | 9 | | | 10 | |
| f Increases in income in the year of change resulting from spread in the year of change associated with IRC Section 481(a) adjustment | 11 | | | 12 | 0 |
| g Income from obligations of other states and organizations that is not exempt for PA purposes | 13 | | | 14 | |
| h Other income adjustments that increase PA-reportable income. Submit statement | 15 | | | 16 | |
| **B Total** | **17** | | 0 | **18** | 0 |
| **Section C. Itemize income adjustments that decrease the PA reportable income (increase the loss).** | | | | | |
| a Difference in qualified gain (loss) for each business sale of property | 1 | | | 2 | |
| b Income from obligations of the U.S. government and other organizations that is not taxable for PA purposes | 3 | | | 4 | |
| c Decreases for previously reported income in prior year resulting from spread associated with IRC Section 481(a). | 5 | | | 6 | 0 |
| d Other income adjustments that decrease PA-reportable income. Submit statement | 7 | | | 8 | |
| **C Total** | **9** | | 0 | **10** | 0 |
| **Section D. Adjusted PA Reportable Income.** See PA-20S/PA-65 Schedule M instructions. | **1** | | 0 | **2** | -74952 |
| **Section E. Itemize those expenses that PA law does not allow that the entity deducted on its federal form.** These adjustments increase PA reportable income (reduce the loss). | | | | | |
| a Taxes paid on income. Submit REV-1190. | 1 | 0 | | 2 | 0 |
| b Differences in depreciation/amortization taken for PA and federal purposes | 3 | | | 4 | 0 |
| c Key man life insurance premiums (owners as beneficiaries) | 5 | | | 6 | |
| d Differences in PA treatment of guaranteed payments for capital | 7 | | | 8 | |
| e Differences in depreciation for bonus depreciation (PA law does not allow bonus depreciation.) | 9 | | | 10 | 0 |
| f Expense adjustments to qualify for the PA credits claimed in Part V of the PA-20S/PA-65 | 11 | | | 12 | |
| g Other expenses the entity deducted on its federal return that PA does not allow. Submit statement | 13 | | | 14 | |
| **E Total** | **15** | | 0 | **16** | 0 |
| **Section F. Itemize those expenses that PA allows that the entity could not deduct on its federal form.** These adjustments decrease PA reportable income (increase the loss). | | | | | |
| a 50 percent of business meals and entertainment expenses that the entity could not deduct | 1 | | | 2 | 0 |
| b Sales tax on depreciable assets | 3 | | | 4 | |
| c Differences in depreciation/amortization taken for PA and federal purposes | 5 | 0 | | 6 | 0 |
| d IRC Section 179 expenses (the maximum for PA purposes is $25,000) | 7 | | | 8 | 0 |
| e Expenses for employees, including PA S corporation shareholder-employees | 9 | | | 10 | |
| f Life insurance premiums (PA S corporation or partnership as beneficiary) | 11 | | | 12 | |
| g Expense adjustments to qualify for federal credits | 13 | | | 14 | |
| h Current expensing of Intangible Drilling costs - Schedule I, Line 5 | 15 | 0 | | 16 | 0 |
| i Other expenses PA allows that the entity did not deduct on the federal return. Submit statement. | 17 | | | 18 | |
| **F Total** | **19** | | 0 | **20** | 0 |
| **Section G. Total Taxable Income (Loss).** Add Section D, plus E, minus F. | **1** | | 0 | **2** | -74952 |



1807110026

1807110026

1807610769

**PARTNER/MEMBER/**
**SHAREHOLDER DIRECTORY - 2018**
**PA-20S/PA-65 Directory (03-18)**

SEAWIND DEVELOPMENT CORP                    264727372      C

The entity must list its partners/members/shareholders on this schedule. **CODE**- Enter the type of owner code: **RI**=Resident Individual, **NR**=Nonresident Individual, **PI**=Part-year Resident Individual (S Corp Only), **P**=Partnership, **C**=C Corp, **E**=Estate, **T**=Trust, **S**=S Corp, **L**=LLC taxed as a Partnership, **LC**=LLC taxed as a C Corp, **LS**=LLC taxed as an S Corp, **DE**=Disregarded Entity, **B**=Bank/Financial Institution, **I**=Insurance Company, **X**=Exempt  **SSN/FEIN; Revenue ID; Ownership %**- (enter each owner's percentage); and **Name and Address**.

**1,**    Code    RI    SSN/FEIN    104284167    Revenue ID         Ownership %    10000000

Name & Address: RICHARD SILVA
1450 PIKELAND ROAD
CHESTER SPRINGS PA 19425

**2**    Code         SSN/FEIN              Revenue ID         Ownership %

Name & Address:

**3**    Code         SSN/FEIN              Revenue ID         Ownership %

Name & Address:

**4**    Code         SSN/FEIN              Revenue ID         Ownership %

Name & Address:

**5**    Code         SSN/FEIN              Revenue ID         Ownership %

Name & Address:

**6**    Code         SSN/FEIN              Revenue ID         Ownership %

Name & Address:

1807610769                                              1807610769

1807219520

**PA Schedule RK-1 (03-18)**
**2018 Resident Schedule of**
**Shareholder/Partner/Beneficiary Pass Through Income, Loss and Credits**

104284167    SILVA                                    RICHARD

Final    N

1450 PIKELAND ROAD

(Individual=1, PA S Corp=2, All Other Corp=3,
Estate/Trust=4, Partnership=5, LLC=6, Exempt=7)    Owner    1

Shareholder's Stock Ownership %    10000

CHESTER SPRINGS    PA    19425    Amended    N    Beneficiary's year-end Distribution %    00000

SEAWIND DEVELOPMENT CORP    Partner's % of:
Profit sharing %    00000

KIMBERTON    PA    19442    264727372    1000056061    Loss sharing %    00000

Fiscal Year    N    (Estate/Trust=E, Partnership=P, PA S Corp =S, LLC=L)    S    Capital
Ownership %    00000

Short Year    N    General Partner or
LLC Member-Manager    N    Limited Partner or
Other LLC Member    N

| Part | # | Description | | | Amount |
|---|---|---|---|---|---|
| Part II | 1 | PA-Taxable Business Income (Loss) from Operations | | 1 | -74952 |
| | 2 | Interest Income | | 2 | 15 |
| | 3 | Dividend Income | | 3 | 0 |
| | 4 | Net Gain (Loss) from the Sale, Exchange or Disposition of Property | | 4 | 0 |
| | 5 | Net Income (Loss) from Rents, Royalties, Patents and Copyrights | | 5 | 0 |
| | 6 | Income of/from Estates or Trusts | | 6 | 0 |
| | 7 | Gambling and Lottery Winnings (Loss) | | 7 | 0 |
| Part III | 8 | Resident Credit. Submit statement. | | 8 | 0 |
| | 9 | **Total Other Credits.** Submit statement. | | 9 | 0 |
| Part IV | 10 | Distributions of Cash, Marketable Securities, and Property - not including guaranteed payments | | 10 | 0 |
| | 11 | Guaranteed Payments for Capital or Other Services | | 11 | 0 |
| | 12 | All Other Guaranteed Payments for Services Rendered | | 12 | 0 |
| | 13 | Guaranteed Payments to the Retired Partner | | 13 | 0 |
| Part V | 14 | Distributions from PA Accumulated Adjustments Account | Liquidating N | 14 | 0 |
| | 15 | Distributions of Cash, Marketable Securities, and Property | | 15 | 0 |
| Part VI | 16 | Nontaxable income (loss) or nondeductible expenses required to calculate owner's basis. Submit statement. | | 16 | 0 |
| Part VII | | **Note: Lines 17 through 20 are for information purposes only.** | | | |
| | 17 | Owner's Share of IRC Section 179 allowed according to PA rules | | 17 | 0 |
| | 18 | Owner's Share of Straight-Line Depreciation | | 18 | 0 |
| | 19 | Partner's Share of Nonrecourse Liabilities at year-end | | 19 | 0 |
| | 20 | Partner's Share of Recourse Liabilities at year-end | | 20 | 0 |

**NOTE: Amounts from this schedule must be reported on the appropriate PA Tax Return.**



1807219520

## 2018 Tax Summary (1120S)    SEAWIND DEVELOPMENT CORP.        26-4727372

### Federal Information

| | |
|---|---:|
| Ordinary Income (Loss) . . . . . . . . . . | -$74,952 |
| Schedule K Income Items . . . . . . . . . | $15 |
| Schedule K Deduction Items . . . . . . . | $0 |
| Net Income (Loss) . . . . . . . . . . . . . . | -$74,937 |
| Total Tax . . . . . . . . . . . . . . . . . . . . . | $0 |
| Overpayment . . . . . . . . . . . . . . . . . . | $0 |
| Amount Applied . . . . . . . . . . . . . . . . | $0 |
| Refund . . . . . . . . . . . . . . . . . . . . . . . | $0 |
| Amount Due . . . . . . . . . . . . . . . . . . | $0 |

### State Information

**State:   PA     Form:   20S/65**

| | |
|---|---:|
| Total Tax . . . . . . . . . . . . . . . . . . . . . | $0 |
| Overpayment . . . . . . . . . . . . . . . . . . | $0 |
| Amount Applied . . . . . . . . . . . . . . . . | $0 |
| Refund . . . . . . . . . . . . . . . . . . . . . . . | $0 |
| Amount Due . . . . . . . . . . . . . . . . . . | $0 |

Form 1120S Comparison (Page 2)          SEAWIND DEVELOPMENT CORP.                                    26-4727372

## Schedule K    Shareholders' Pro Rata Share Items

### Income (Loss)

| | | | Prior Year | Current Year | Difference | % |
|---|---|---|---:|---:|---:|---:|
| 1 | Ordinary business income (loss) (page 1) | 1 | -58,858 | -74,952 | -16,094 | -27% |
| 2 | Net rental real estate income (loss) (Form 8825) | 2 | 0 | 0 | 0 | 0% |
| 3a | Other gross rental income (loss) | 3a | 0 | 0 | 0 | 0% |
| b | Expenses from other rental activities | 3b | 0 | 0 | 0 | 0% |
| c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | 0 | 0 | 0 | 0% |
| 4 | Interest income | 4 | 408 | 15 | -393 | -96% |
| 5 | Dividends: | | | | | |
| a | Ordinary dividends | 5a | 0 | 0 | 0 | 0% |
| b | Qualified dividends | 5b | 0 | 0 | 0 | 0% |
| 6 | Royalties | 6 | 0 | 0 | 0 | 0% |
| 7 | Net short-term capital gain (loss) | 7 | 0 | 0 | 0 | 0% |
| 8a | Net long-term capital gain (loss) | 8a | 0 | 0 | 0 | 0% |
| b | Collectibles (28%) gain (loss) | 8b | 0 | 0 | 0 | 0% |
| c | Unrecaptured section 1250 gain (loss) | 8c | 0 | 0 | 0 | 0% |
| 9 | Net section 1231 gain (loss) | 9 | 0 | 0 | 0 | 0% |
| 10 | Other income (loss) | 10 | 0 | 0 | 0 | 0% |

### Other Deductions

| | | | Prior Year | Current Year | Difference | % |
|---|---|---|---:|---:|---:|---:|
| 11 | Section 179 deduction (Form 4562) | 11 | 0 | 0 | 0 | 0% |
| 12a | Charitable contributions | 12a | 0 | 0 | 0 | 0% |
| b | Investment interest expense | 12b | 0 | 0 | 0 | 0% |
| c | Section 59(e)(2) expenditures | 12c | 0 | 0 | 0 | 0% |
| d | Other deductions | 12d | 0 | 0 | 0 | 0% |

### Credits & Credit Recapture

| | | | Prior Year | Current Year | Difference | % |
|---|---|---|---:|---:|---:|---:|
| 13a | Low-income housing credit (section 42(j)(5)) | 13a | 0 | 0 | 0 | 0% |
| b | Low income housing credit (other) | 13b | 0 | 0 | 0 | 0% |
| c | Qualified rehabilitation expenditures (rental real estate) | 13c | 0 | 0 | 0 | 0% |
| d | Other rental real estate credits | 13d | 0 | 0 | 0 | 0% |
| e | Other rental credits | 13e | 0 | 0 | 0 | 0% |
| f | Biofuel producer credit (Form 6478) | 13f | 0 | 0 | 0 | 0% |
| g | Other credits | 13g | 0 | 0 | 0 | 0% |

### Foreign Transactions

| | | | Prior Year | Current Year | Difference | % |
|---|---|---|---:|---:|---:|---:|
| 14a | Name of foreign country or U.S. possession | 14a | | | | |
| b | Gross income from all sources | 14b | 0 | 0 | 0 | 0% |
| c | Gross income sourced at shareholder level | 14c | 0 | 0 | 0 | 0% |
| | *Foreign gross income sourced at corporate level:* | | | | | |
| d | Section 951A category | 14d | 0 | 0 | 0 | 0% |
| e | Foreign branch category | 14e | 0 | 0 | 0 | 0% |
| f | Passive category | 14f | 0 | 0 | 0 | 0% |
| g | General category | 14g | 0 | 0 | 0 | 0% |
| h | Other | 14h | 0 | 0 | 0 | 0% |
| | *Deductions allocated and apportioned at shareholder level:* | | | | | |
| i | Interest expense | 14i | 0 | 0 | 0 | 0% |
| j | Other | 14j | 0 | 0 | 0 | 0% |
| | *Deductions allocated and apportioned at corporate level to foreign source income:* | | | | | |
| k | Section 951A category | 14k | 0 | 0 | 0 | 0% |
| l | Foreign branch category | 14l | 0 | 0 | 0 | 0% |
| m | Passive category | 14m | 0 | 0 | 0 | 0% |
| n | General category | 14n | 0 | 0 | 0 | 0% |
| o | Other | 14o | 0 | 0 | 0 | 0% |
| | *Other information:* | | | | | |
| p | Total Foreign taxes | 14p | 0 | 0 | 0 | 0% |
| q | Reduction in taxes available for credit | 14q | 0 | 0 | 0 | 0% |

### Alternative Minimum Tax AMT Items

| | | | Prior Year | Current Year | Difference | % |
|---|---|---|---:|---:|---:|---:|
| 15a | Post-1986 depreciation adjustment | 15a | 0 | 0 | 0 | 0% |
| b | Adjusted gain or loss | 15b | 0 | 0 | 0 | 0% |
| c | Depletion (other than oil and gas) | 15c | 0 | 0 | 0 | 0% |
| d | Oil, gas, and geothermal properties - gross income | 15d | 0 | 0 | 0 | 0% |
| e | Oil, gas, and geothermal properties - deductions | 15e | 0 | 0 | 0 | 0% |
| f | Other AMT items | 15f | 0 | 0 | 0 | 0% |

### Items Affecting Shareholder Basis

| | | | Prior Year | Current Year | Difference | % |
|---|---|---|---:|---:|---:|---:|
| 16a | Tax-exempt interest income | 16a | 0 | 0 | 0 | 0% |
| b | Other tax-exempt income | 16b | 0 | 0 | 0 | 0% |
| c | Nondeductible expenses | 16c | 0 | 0 | 0 | 0% |
| d | Distributions | 16d | 0 | 0 | 0 | 0% |
| e | Repayment of loans from shareholders | 16e | 0 | 0 | 0 | 0% |

### Other Information

| | | | Prior Year | Current Year | Difference | % |
|---|---|---|---:|---:|---:|---:|
| 17a | Investment income | 17a | 408 | 15 | -393 | -96% |
| b | Investment expenses | 17b | 0 | 0 | 0 | 0% |
| c | Dividend distributions paid from accumulated earnings and profits | 17c | 0 | 0 | 0 | 0% |
| d | Other items and amounts | 17d | | | 0 | 0% |

### Reconciliation

Form 1120S Comparison (Page 3)      SEAWIND DEVELOPMENT CORP.      26-4727372

## Schedule L    Balance Sheets per Books (end of tax year figures)

| | Assets | | Prior Year | Current Year | Difference | % |
|---|---|---|---|---|---|---|
| 1 | Cash | 1 | 7,891 | 1,165 | -6,726 | -85% |
| 2 | Trade notes and accounts receivable less allowance for bad debts | 2 | 0 | 0 | 0 | 0% |
| 3 | Inventories | 3 | 0 | 0 | 0 | 0% |
| 4 | U.S. government obligations | 4 | 0 | 0 | 0 | 0% |
| 5 | Tax-exempt securities | 5 | 0 | 0 | 0 | 0% |
| 6 | Other current assets | 6 | 1,978,369 | 1,973,565 | -4,804 | 0% |
| 7 | Loans to shareholders | 7 | 0 | 0 | 0 | 0% |
| 8 | Mortgage and real estate loans | 8 | 0 | 0 | 0 | 0% |
| 9 | Other investments | 9 | 0 | 0 | 0 | 0% |
| 10 | Buildings and other depreciable assets less accumulated depreciation | 10 | 0 | 0 | 0 | 0% |
| 11 | Depletable assets less accumulated depletion | 11 | 0 | 0 | 0 | 0% |
| 12 | Land (net of any amortization) | 12 | 0 | 0 | 0 | 0% |
| 13 | Intangible assets (amortizable only) less accumulated amortization | 13 | 0 | 0 | 0 | 0% |
| 14 | Other assets | 14 | 0 | 0 | 0 | 0% |
| 15 | Total assets | 15 | 1,986,260 | 1,974,730 | -11,530 | -1% |
| | **Liabilities and Shareholders' Equity** | | | | | |
| 16 | Accounts payable | 16 | 0 | 0 | 0 | 0% |
| 17 | Mortgages, notes, bonds payable in less than 1 year | 17 | 0 | 0 | 0 | 0% |
| 18 | Other current liabilities | 18 | 0 | 0 | 0 | 0% |
| 19 | Loans from shareholders | 19 | 2,790,790 | 2,823,197 | 32,407 | 1% |
| 20 | Mortgages, notes, bonds payable in 1 year or more | 20 | 0 | 0 | 0 | 0% |
| 21 | Other liabilities | 21 | 1,320,641 | 1,351,641 | 31,000 | 2% |
| 22 | Capital stock | 22 | 10,000 | 10,000 | 0 | 0% |
| 23 | Additional paid-in capital | 23 | 100 | 100 | 0 | 0% |
| 24 | Retained earnings | 24 | -2,135,271 | -2,210,208 | -74,937 | -4% |
| 25 | Adjustment to shareholders' equity | 25 | 0 | 0 | 0 | 0% |
| 26 | Less cost of treasury stock | 26 | 0 | 0 | 0 | 0% |
| 27 | Total liabilities and shareholders' equity | 27 | 1,986,260 | 1,974,730 | -11,530 | -1% |